# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

———————————

No: 25-3376

———————————

Filed: February 05, 2026

UNITED STATES OF AMERICA

        Plaintiff - Appellee

                                            4:11cr501 - SL

v.

ISIAH TAYLOR, III

        Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 01/14/2026 the mandate for this case hereby issues today.  Affirmed

COSTS:  None